James M. Lee, State Bar No. 192301
Caleb H. Liang, State Bar No. 261920
Kevin B. Kelly, State Bar No. 274145
**LTL ATTORNEYS LLP**
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
Telephone: (213) 612-8900

Dennis Pantazis, *Pro Hac Vice*
D.G. Pantazis, Jr, *Pro Hac Vice*
Patrick Pantazis. *Pro Hac Vice*
**WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB**
The Kress Building
301 19th Street North
Birmingham, AL 35203
Phone: (205)314-0500
Attorneys for Plaintiff

Marian Zapata-Rossa, State Bar No. 296226
**QUARLES & BRADY LLP**
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Telephone: (602) 229-5200
Attorneys for Defendant KYDIA, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS DONOVAN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.,<br><br>KYDIA, INC., an Illinois Corporation;<br>And DOES 1 TO 10,<br><br>Defendant. | Case No.  2:16-cv-4994-GW (PLAx)<br>Assigned for All Purposes to:<br>Judge:  George H. Wu<br>Ctrm:  10<br><br>**STIPULATION FOR DISMISSAL**<br><br>Date: September 11, 2017<br>Time: 8:30 a.m.<br>Crtm: 9D<br><br>Action Filed: July 7, 2016 |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff CHRIS DONOVAN ("Plaintiff") and Defendant KYDIA, INC. ("Kydia") have reached a settlement of this lawsuit and, thus, stipulate that all of Plaintiff's individual claims against Defendant in the above-captioned action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All class allegations raised in the above-captioned matter are dismissed without prejudice. The entire action is therefore dismissed. Each party to bear its own attorneys' fees and costs.

Dated: August 17, 2017         LTL ATTORNEYS LLP

By: /s/*Kevin Kelly*
    Kevin Kelly

*Attorneys for Plaintiff Chris Donovan*

Dated: August 17, 2017         Quarles & Brady LLP

By: /s/*Marian Zapata-Rossa*
    Marian Zapata-Rossa

*Attorneys for Defendant Kydia, Inc.*

## **CERTIFICATE OF SERVICE**

1
2  The undersigned certifies that on August 18, 2017, all counsel of record who
3  are deemed to have consented to electronic service are being served with a copy of
4  this document via the Court's CM/ECF system per Local Rule5-3.2
5
6                                 */s/Kevin Kelly*
7                                 Kevin Kelly