James M. Lee, State Bar No. 192301
Caleb H. Liang, State Bar No. 261920
Kevin B. Kelly, State Bar No. 274145
**LTL ATTORNEYS LLP**
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
Telephone: (213) 612-8900

Dennis Pantazis, *Pro Hac Vice*
D.G. Pantazis, Jr, *Pro Hac Vice*
Patrick Pantazis. *Pro Hac Vice*
**WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB**
The Kress Building
301 19th Street North
Birmingham, AL 35203
Phone: (205)314-0500
Attorneys for Plaintiff

Marian Zapata-Rossa, State Bar No. 296226
**QUARLES & BRADY LLP**
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Telephone: (602) 229-5200
Attorneys for Defendant KYDIA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS DONOVAN, individually, and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KYDIA, INC., an Illinois Corporation and DOES 1 to 10;<br><br>Defendants. | CASE NO.: CV 16-4994-GW(PLAx)<br><br>**ORDER OF DISMISSAL**<br><br>Action Filed: July 7, 2016<br><br>Date: September 11, 2017<br>Time: 8:30 a.m.<br>Crtm: 9D |

**[PROPOSED] ORDER OF DISMISSAL**

QB\47709899.1

**<u>ORDER</u>**

Upon stipulation of Plaintiff CHRIS DONOVAN and Defendant KYDIA, INC. and GOOD CAUSE APPEARING:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Chris Donovan dismisses all of the individual claims he has made against Defendant Kydia, Inc. in connection with the above-captioned matter with prejudice.
2. Plaintiff dismisses all of the class allegations raised in the above-captioned matter without prejudice.
3. The above-captioned action is therefore dismissed its entirety.
4. Plaintiff and defendant shall bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: August 22, 2017

_____
GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 18, 2017, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule5-3.2

                                  */s/Kevin Kelly*
                                        Kevin Kelly